UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JUDY L. MILLS,

                          Petitioner,

          v.                                    ORDER
                                                11-CV-312

RICHARD MILLS,

                          Respondent.

---

      This case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1).  On April 12, 2011, respondent filed a petition for removal of this case from the Family Court of the State of New York, County of Genesee.  On July 12, 2011, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that the proceeding be remanded to Family Court for further proceedings.

      Plaintiff filed objections to the Report and Recommendation on July 27, 2011.

      Pursuant to 28 U.S.C. § 636(b)(1), this Court must make a <u>de novo</u> determination of those portions of the Report and Recommendation to which objections have been made.  Upon a <u>de novo</u> review of the Report and Recommendation, and after reviewing the submissions, the Court adopts the proposed findings of the Report and Recommendation.

Accordingly, for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, the Clerk of the Court is directed to remand this case to the Family Court of the State of New York, County of Genesee and close the case.

SO ORDERED.

*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: August 24, 2011